IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KINERA LOVE,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      3:13cv204-MHT
                                )          (WO)
CENTAUR BUILDING SERVICES       )
SOUTHEAST, INC.,                )
                                )
    Defendant.                  )
```

ORDER

It is ORDERED that the motion to extend deadline for amendments and to add parties (Doc. No. 17) is denied.

\*\*\*

First, this court has made clear that, "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 13), § 15(B). The movant has failed to offer any explanation as to why this motion to extend the deadline at issue was filed just one day before the deadline, rather than days, or even weeks, in advance.

Second, this deadline, as set forth in the uniform scheduling order (Doc. No. 13), was not only accepted by the parties, it was suggested by the parties in their Rule 26(f) report (Doc. No. 12).

DONE, this the 12th day of September, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE